## In The United States District Court

## For the Eastern District of Tennessee

## Eastern Division

FILED

NOV 3 0 2022

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

| | |
|---|---|
| Plaintiff, | ( |
| Paul Flannigan | ( |
| | ( |
| vs. | ( |
| Defendants, | ( |
| Mike Paris, Warden<br>Derrick Daughtery, | (<br>( |
| of Morgan County | ( |
| Correctional Complex | ( |

Case No. 3:22-CV-428

Jury Demand Corker/Poplin

Comes now the plaintiff Paul Flannigan, Pro Se, pursuant to any and all of the provisions of the U.S. Constitution and the Tennessee Constitution. Any relevant rules of civil procedure local and state statutes governing the above mentioned case .

For this cause of action the plaintiff will more show as follows:

1). The Plaintiff is a inmate presently incarcerated at Morgan County Correctional Complex P.O. Box 2000; Wartburg, Tennessee 37887.

2). The defendant Derrick Daughtery is a officer employed by the T.D.O.C. at Morgan County Correctional Complex; P.O. Box 2000; Wartburg, Tennessee 37887.

3). The defendant Derrick Daughtery is being sued in his individual and official capacity under the color of the T.D.O.C. and Morgan County Correctional Complex.

4). That the defendant Derrick Daughtery is negligent in his official and personal capacity by striking the Plaintiff with a closed fist wearing motor cycle gloves while Plaintiff was being held by another officer.

5). That defendant Derrick Daughtery used excessive force on the Plaintiff causing

injuries to the plaintiff's face breaking the Plaintiff's jaw, causing the Plaintiff's nose to bleed busting the Plaintiff's lip that has cause disfiguration to the Plaintiff's face.

6). That the defendant Derrick Daughtery struck the Plaintiff over 12 times in the face a violation of the Plaintiff's due process and civil rights garranteed by the U.S. federal and Tennessee state constitutions.

7). That these actions by the defendant Derrick Daughtery has caused pain and suffering to the Plaintiff; disfiguration, to the Plaintiff's face mental anguish, and humiliation.

8). That this breach of duty by the defendant is the proximate cause of injury to the Plaintiff's jaw and disfiguration of the Plaintiff's face.

9). That actual damage occurred to the Plaintiff's jaw and damaged nerves making the Plaintiff unable to chew without sever pain. Disfiguration to Plaintiff's face, humiliation and mental anguish. All caused by officer Derrick Daughtery actions in both his individual and official capacity.

10). Morgan County correctional facility is liable for failing to provide actual care allowing officer Derrick Daughtery to use excessive force against the Plaintiff.

11). Morgan County Correctional Complex is liable for failing to provide reasonable care that lead to the injuries that the Plaintiff suffered at the hand of their employee the defendant Derrick Daughtery.

12). Morgan County Correctional Complex is complicit in the action of their employee Derrick Daughtery by allowing motor cycle gloves to be worn as part of the the defendant's uniform. These gloves are equipped with hardened knuckles

that contributed to the injuries of the Plaintiff.

13). That the Plaintiff is under duress and threatened with violence and intimidation by the defendant Derrick Daurghtery and Sgt. Monkhouse of the D-Board and other staff to be named later in this civil Complaint.

<u>Statement of the Case</u>

On 8-15-2022 officer Derrick Daughtery entered unit 23-B and came to the cell that the Plaintiff was housed in 112 and ordered the Plaintiff to strip. Officer Derrick Daughtery demanded the Plaintiff's socks at the same time another officer entered the Plaintiff's cell and officer Derrick Daughtery shouted what do you got and proceeded to choke the Plaintiff. Then the other officer bear hugged the Plaintiff and the defendant Derrick Daughtery began assaulting the defenseless Plaintiff striking the Plaintiff over ten (10) ten to (12) times in the Plaintiff's face with a closed fist wearing motor cycle gloves that are padded with reinforced knuckles breaking the Plaintiff s jaw.

The Plaintiff was taken to U.T. Medical in Knoxville, Tennessee where it was discovered that the Plaintiff's jaw was broken. The Plaintiff's face was swollen and Plaintiff's nose was bloodied, lip busted, eyes swollen and blacked. The Plaintiff suffered a concussion and a disfiguration of the Plaintiff's face. This has caused humiliation mental anguish, and a fear of retaliation from this all white staff here at this facility. There was no statement taken from the Plaintiff by and relevant staff; i.e. investigator, internal affairs, or wardens. This shows that lack of concern and total failure of Morgan County Correctional Center to provide reasonable care to the Plaintiff. Further, Morgan County has a history of excessive force and racial discrimination. Along with use of violence against inmates, coercion, intimidation, and willful neglect for inmates safety and property. Plaintiff has suffered post traumatic stress. It has been stated by officers that we wear these motor cycle gloves cause we are tired of hurting our hand on these inmate faces. Complaints are meet with intimidation, destruction of property, and violence.

## Argument to Support Facts

Convicted prisoners are protected by the Eight Amendment to the United States Constitution and Article 1 Section 32 of the Tennessee Constitution to protect them from cruel and unusual punishment. The fact that malicious an sadistic behavior was acted out by officer Derrick Daughtery of Morgan County Correction Complex as he in his official capacity breaking the Plaintiff's jaw. There was deliberate indifference displayed by the staff as there was no inquiry in to the incident of assault that transpired on the aforementioned date listed in this civil complaint. There is a failure to follow policy, poor supervision, training, and control the supervisors and wardens of this facility. This is a clear violation of the Plaintiff's due process rights guaranteed by both U.S. and Tennessee constitutions.

The actions of the defendant Derrick Daughtery was unreasonable in violation to the Plaintiff's Forth Amendment rights to the U.S. constitution and Article 1 section 8 of the Tennessee constitution. These actions by the defendant were not justified by any legitimate law enforcement or prison management need, and was completely out of proportion to that need. The fact that the gloves worn by officer Derrick Daughtery were designed to protect motor cycle riders were not part of the proper uniform issued by this facility and used as a weapon to inflict injury on the Plaintiff; was act of malicious and sadistic behavior. Eight Amendment claim requires facts from which it could be inferred that prison officials subjected the Plaintiff to excessive force. U.S. vs. Walsh, 194 F 3d 37, 50 (2d Cir.1997) Malicious intent may be inferred from the extent of the Plaintiff's injuries inflicted. Bozeman vs. Estate of Haggard 302 F.Supp. 2d 1310, 1312-1314 (M.D.Ala.2004) The Plaintiff's jaw was broken and surgery was required in this instant case like Bozeman. Striking a prisoner with fist is a violation of the Eight Amendment King vs. Blankenship, 636 F2d. 70, 73 (4th Cir. 1980); Orwat vs. Maloney, 360 F.Supp2d 146, 154(D. Mass. 2005). The Plaintiff respectfully request a jury demand for damages both compensatory and punitive against the officer Derrick Daughtery in his official and personal capacity along with Morgan County Complex.

## Requested Relief

Wherefore, premises considered the Plaintiff respectfully request the following relief:

A). That service of process issue forth and that the defendants be required to answer within the time permitted by law.

B). That compensatory damages be awarded to the Plaintiff determined by a jury demand.

C). That punitive damages be awarded to the Plaintiff in the amount determined by a jury demand.

D). That cost of this action be assessed to the defendant's cited in this civil action.

E). Any other relief that this honorable court deems necessary to meet the ends of justice

## Certificate of Service

I do here by certify that a true and exact copy of the above civil complaint has been served to all the defendant's cited in this civil matter. That the statements given in this matter are true to the best of the knowledge of the Plaintiff. That notice of process was issued along with the true and exact copies of this civil complaint on this 17ᵗʰ day of November, 2022.

Paul Flannigan #326664

11/17/22

Paul Flannigan
#326664/MCCX
P.O. Box 2000
Wartburg, Tenn. 37887

INSPECTED

Knoxville PRIDE TN 379
MON 28 NOV 2022 PM

RECEIVED
NOV 3 0 2022
Clerk, U.S. District Court
Eastern District of Tennessee
At Knoxville

United States District C
Eastern District of Tenne
Clerk of the Court
Debra C. Poplin
800 market Street
Ste. 130
Knoxville, Tennessee 3790




MCCX has neither inspected nor censored and is not responsible for content

M.C.C.X.

NOV 2 8 2022

Privileged
Outgoing
Mail